| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>HOLMES, JAMES L. | 2. Court or Organization<br><br>U.S. DISTRICT COURT, ARKANSAS | 3. Date of Report<br><br>05/06/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE, ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination.    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE<br>500 W. CAPITOL, #D469<br>LITTLE ROCK, AR 72201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2010 MAY 11 P 2: 19 RECEIVED   DISCLOSURE OFFICE

Holmes, James L.

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMES, JAMES L. | 05/06/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMES, JAMES L. | 05/06/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMES, JAMES L. | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▨▨▨▨▨ WHOLE LIFE | A | Dividend | K | T | | | | | |
| 2. ▨▨▨ | | None | K | T | | | | | |
| 3. ▨▨ TRUST ACCOUNT (X) | A | Interest | J | T | | | | | |
| 4. ▨▨ TRUST ACCOUNT | A | Interest | J | T | | | | | |
| 5. IRA #1 | A | Dividend | M | T | | | | | |
| 6. -▨▨▨ RISING DIVIDENDS CLASS A | | | | | | | | | |
| 7. -▨▨▨ SMALL CAP VALUE CLASS A | | | | | | | | | |
| 8. ▨▨▨ PLAN LRG/MID CAP CL A | | | | | | | | | |
| 9. -▨▨▨ PLAN LARGE/MID CAP GROWTH CL A | | | | | | | | | |
| 10. -▨▨▨ GLOBAL BOND CLASS A | | | | | | | | | |
| 11. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 12. -▨▨▨ UTILITIES CLASS A | B | Dividend | K | T | | | | | |
| 13. - EXXON MOBIL CORP | A | Dividend | J | T | | | | | |
| 14. -▨▨ DOUBLE TAX FREE INCOME CLASS A | B | Interest | K | T | | | | | |
| 15. - STRYKER CORP | A | Dividend | J | T | | | | | |
| 16. -▨▨▨ PLAN LARGE/MID CAP GROWTH CL A | | | K | T | | | | | |
| 17. -▨▨▨ PLAN LRG/MID CAP CLA A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMES, JAMES L. | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. - TELECOM CORP OF NEW ZEALAND A DS | A | Dividend | | | Sold | 06/08/09 | J | | |
| 19. ▨▨▨▨ FOREIGN SMALLER COMPANIES A | A | Dividend | J | T | | | | | |
| 20. ▨▨▨ GOLD AND PRECIOUS METALS CL A | B | Dividend | K | T | | | | | |
| 21. - KRAFT FOODS INC CL A | A | Dividend | J | T | Buy | 06/08/09 | J | | |

| 1. Income Gain Codes: | A ~$1,000 or less | B ~$1,001 - $2,500 | C ~$2,501 - $5,000 | D ~$5,001 - $15,000 | E ~$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F ~$50,001 - $100,000 | G ~$100,001 - $1,000,000 | H1 ~$1,000,001 - $5,000,000 | H2 ~More than $5,000,000 | |
| 2. Value Codes | J ~$15,000 or less | K ~$15,001 - $50,000 | L ~$50,001 - $100,000 | M ~$100,001 - $250,000 | |
| (See Columns C1 and D3) | N ~$250,001 - $500,000 | O ~$500,001 - $1,000,000 | P1 ~$1,000,001 - $5,000,000 | P2 ~$5,000,001 - $25,000,000 | |
| | P3 ~$25,000,001 - $50,000,000 | | P4 ~More than $50,000,000 | | |
| 3. Value Method Codes | O ~Appraisal | R ~Cost (Real Estate Only) | S ~Assessment | T ~Cash Market | |
| (See Column C2) | U ~Book Value | V ~Other | W ~Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMES, JAMES L. | 05/06/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII, INVESTMENTS AND TRUST, LINE 3 - VALUE OF ACCOUNT CAUSED ACCOUNT TO BECOME REPORTABLE ONCE AGAIN.

PART VII, INVESTMENTS AND TRUST, LINE 11 - THIS IS A HEADING. THE UNDERLYING ASSETS ARE REPORTED SEPARATELY, INCLUDING THE INCOME, YEAR-END VALUES AND TRANSACTIONS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544